**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  VEAL, BENNIE N.                                       §   Case No. 16-09214-ABG
                                                              §
                                                              §
                                                              §
Debtor(s)                                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $17,820.00                    Assets Exempt: $8,500.00
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $10,314.94     Claims Discharged
>                                                 Without Payment: $45,181.80
>
> Total Expenses of Administration: $8,985.06

    3) Total gross receipts of $ 23,300.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,000.00 (see **Exhibit 2**), yielded net receipts of $19,300.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,985.06 | 8,985.06 | 8,985.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 8,217.99 | 8,217.99 | 8,217.99 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 47,278.75 | 47,278.75 | 2,096.95 |
| **TOTAL DISBURSEMENTS** | $0.00 | $64,481.80 | $64,481.80 | $19,300.00 |

   4) This case was originally filed under Chapter 7 on March 17, 2016. The case was pending for 18 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2017          By: /s/JOHN E. GIERUM
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor currently has a lawsuit pending against R | 1129-000 | 21,300.00 |
| Debtor owns US Patent No. 6,618,864. Patent is f | 1129-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$23,300.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bennie Veal | Exempt Property | 8100-002 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Expenses - JOHN E. GIERUM | 2200-000 | N/A | 5.06 | 5.06 | 5.06 |
| Trustee Compensation - JOHN E. GIERUM | 2100-000 | N/A | 2,680.00 | 2,680.00 | 2,680.00 |
| Other - Michael Haeberle/ Patterson Law Firm | 3210-600 | N/A | 6,300.00 | 6,300.00 | 6,300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$8,985.06** | **$8,985.06** | **$8,985.06** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-2 | Internal Revenue Service | 5800-000 | N/A | 8,217.99 | 8,217.99 | 8,217.99 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $8,217.99 | $8,217.99 | $8,217.99 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-2 | Internal Revenue Service | 7100-000 | N/A | 327.96 | 327.96 | 16.47 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 600.72 | 600.72 | 30.16 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 707.89 | 707.89 | 35.55 |
| 4 | Sprint Corp. | 7100-000 | N/A | 1,639.50 | 1,639.50 | 82.33 |
| 5 | Sprint Corp. | 7100-000 | N/A | 867.80 | 867.80 | 43.58 |
| 6 | Nancy T. Walker | 7100-000 | N/A | 26,579.00 | 26,579.00 | 1,334.65 |
| 7 | Cavalry SPV I, LLC | 7100-000 | N/A | 709.90 | 709.90 | 35.65 |
| 8 | Glenda and Daryl Minor | 7100-000 | N/A | 9,671.60 | 9,671.60 | 485.65 |
| 9 | American InfoSource LP as agent for | 7100-000 | N/A | 655.38 | 655.38 | 32.91 |
| 10 | Rubbermaid Commercial Products, LLC | 7100-000 | N/A | 5,519.00 | 5,519.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $47,278.75 | $47,278.75 | $2,096.95 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-09214-ABG  
**Case Name:** VEAL, BENNIE N.

**Period Ending:** 10/11/17

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 03/17/16 (f)  
**§341(a) Meeting Date:** 04/22/16  
**Claims Bar Date:** 12/20/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deposits of money: Checking account with Baxter<br>Imported from original petition Doc# 1 | 40.00 | 40.00 | | 0.00 | FA |
| 2 | Deposits of money: Savings account with Baxter F<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Deposits of money: Checking Account with USAA Ba<br>Imported from original petition Doc# 1 | 5.00 | 5.00 | | 0.00 | FA |
| 4 | Miscellaneous used household goods and furnishin<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 5 | Books, Pictures, and CD's<br>Imported from original petition Doc# 1 | 150.00 | 150.00 | | 0.00 | FA |
| 6 | Wearing Apparel<br>Imported from original petition Doc# 1 | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 7 | Miscellaneous Costume Jewelry<br>Imported from original petition Doc# 1 | 175.00 | 175.00 | | 0.00 | FA |
| 8 | Int. in Ins. policies: Term Life Insurance polic<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Ret. or Pension Acct.: 401(k) / Retirement plan<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor expects to owe for the 2015 Tax Period.:<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor currently has a lawsuit pending against R<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 21,300.00 | FA |
| 12 | Debtor owns US Patent No. 6,618,864. Patent is f<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 2,000.00 | FA |
| 13 | 2006 Porsche Cayenne, 105,000 miles, - Current/R<br>Imported from original petition Doc# 1 | 13,500.00 | 0.00 | | 0.00 | FA |
| 14 | 1989 Citation Boats 190XLS, - boat is not runnin<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 15 | 1998 Roughrider   (s) | 250.00 | 250.00 | | 0.00 | FA |
| 16 | Utility Patent Infringement<br>duplicate of #11 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | **Assets   Totals** (Excluding unknown values) | **$17,820.00** | **$2,220.00** | | **$23,300.00** | **$0.00** |

Printed: 10/11/2017 10:30 AM    V.13.30

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-09214-ABG  **Trustee:** (520171) JOHN E. GIERUM
**Case Name:** VEAL, BENNIE N.  **Filed (f) or Converted (c):** 03/17/16 (f)
  **§341(a) Meeting Date:** 04/22/16
**Period Ending:** 10/11/17  **Claims Bar Date:** 12/20/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

Need collect on settlement and do TFR. Approved by Court Order

Collect on court approved settlement and do TFR

**Initial Projected Date Of Final Report (TFR):** December 31, 2017   **Current Projected Date Of Final Report (TFR):** July 24, 2017 (Actual)

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 16-09214-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | VEAL, BENNIE N. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6566 - Checking Account |
| Taxpayer ID #: | **-***1745 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/11/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/07/17 | | RubberMaid | SETTLEMENT | | 23,300.00 | | 23,300.00 |
| | {11} | | 21,300.00 | 1129-000 | | | 23,300.00 |
| | {12} | | 2,000.00 | 1129-000 | | | 23,300.00 |
| 06/13/17 | 101 | Bennie Veal | Exempt Property | 8100-002 | | 4,000.00 | 19,300.00 |
| 06/13/17 | 102 | Michael Haeberle/ Patterson Law Firm | TRUSTEE'S ATTORNEYS' FEES | 3210-600 | | 6,300.00 | 13,000.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.28 | 12,977.72 |
| 07/20/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -22.28 | 13,000.00 |
| 09/11/17 | 103 | PYOD, LLC its successors and assigns as assignee | First and Final Distribution | 7100-000 | | 30.16 | 12,969.84 |
| 09/11/17 | 104 | Capital One Bank (USA), N.A. | First and Final Distribution | 7100-000 | | 35.55 | 12,934.29 |
| 09/11/17 | 105 | Nancy T. Walker | First and Final Distribution | 7100-000 | | 1,334.65 | 11,599.64 |
| 09/11/17 | 106 | Cavalry SPV I, LLC | First and Final Distribution | 7100-000 | | 35.65 | 11,563.99 |
| 09/11/17 | 107 | Glenda and Daryl Minor | First and Final Distribution | 7100-000 | | 485.65 | 11,078.34 |
| 09/11/17 | 108 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 32.91 | 11,045.43 |
| 09/11/17 | 109 | JOHN E. GIERUM | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,685.06 | 8,360.37 |
| | | | Dividend paid 100.00% on $2,680.00;  Claim# TEE; Filed: $2,680.00 | 2,680.00 | 2100-000 | | 8,360.37 |
| | | | Dividend paid 100.00% on $5.06;  Claim# EXP; Filed: $5.06 | 5.06 | 2200-000 | | 8,360.37 |
| 09/11/17 | 110 | Internal Revenue Service | Combined Check for Claims#1U-2,1P-2 | | | 8,234.46 | 125.91 |
| | | | Dividend paid  5.02% on $327.96;  Claim# 1U-2; Filed: $327.96 | 16.47 | 7100-000 | | 125.91 |
| | | | Dividend paid 100.00% on $8,217.99;  Claim# 1P-2; Filed: $8,217.99 | 8,217.99 | 5800-000 | | 125.91 |
| 09/11/17 | 111 | Sprint Corp. | Combined Check for Claims#4,5 | | | 125.91 | 0.00 |
| | | | Dividend paid  5.02% on $1,639.50;  Claim# 4; Filed: $1,639.50 | 82.33 | 7100-000 | | 0.00 |
| | | | Dividend paid  5.02% on | 43.58 | 7100-000 | | 0.00 |

|  | Subtotals : | $23,300.00 | $23,300.00 |
|---|---|---|---|

{} Asset reference(s)

Printed: 10/11/2017 10:30 AM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-09214-ABG  
**Case Name:** VEAL, BENNIE N.  

**Taxpayer ID #:** **-***1745  
**Period Ending:** 10/11/17  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $867.80;  Claim# 5; Filed: $867.80 | | | | |
| | | | **ACCOUNT TOTALS** | | 23,300.00 | 23,300.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 23,300.00 | 23,300.00 | |
| | | | Less: Payments to Debtors | | | 4,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,300.00** | **$19,300.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6566** | 23,300.00 | 19,300.00 | 0.00 |
| | **$23,300.00** | **$19,300.00** | **$0.00** |

{} Asset reference(s)

Printed: 10/11/2017 10:30 AM    V.13.30